JUAN ARIAS *v.* JEFFREY GEISINGER

The defendant's petition for certification for appeal from the Appellate Court, 126 Conn. App. 860 (AC 31565), is denied.

PALMER and HARPER, Js., did not participate in the consideration of or decision on this petition.

*Proloy K. Das, Zisca R. St. Clair* and *Jonathan R. Chappell*, in support of the petition.

*James A. Armentano* and *Lester Katz*, in opposition.